UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARLA DHILLON | Civil Action No.: |
| versus | Section: |
| OAK ALLEY PLANTATION, L.L.C. and CATLIN SPECIALTY INSURANCE CO. | Judge: |

COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Darla Dhillon, a person of the full age of majority and a resident of the County of San Bernardino, State of California, who respectfully represents:

1.

Made defendant herein is Oak Alley Plantation, L.L.C., a limited liability company organized pursuant to the laws of the State of Louisiana and whose principal place of business is in the Parish of St. James, State of Louisiana.

2.

Also made defendant herein is Catlin Specialty Insurance Co., a foreign insurance company domiciled in the State of Delaware and whose principal place of business is in the State of Georgia, which is authorized to do and doing business in the State of Louisiana.

3.

There is complete diversity between the parties and the amount in controversy, without interest and costs, exceeds the sum or value specified in 28 U.S.C §1332.

4.

At all times pertinent hereto, defendant, Oak Alley Plantation, L.L.C., owned and operated Oak Alley Plantation, located at 3645 LA Hwy 18 in Vacherie, Louisiana.

5.

On or about April 17, 2011, complainant and friends visited Oak Alley Plantation.

6.

The complainant walked from the entrance of the plantation house, which is on the side, to the front of the house to view the name-sake alley of oak trees.

7.

Complainant walked straight out toward the rows of oak trees through an opening between the pillars off the veranda. There was nothing blocking or preventing passage between the pillars from the veranda to the yard or garden beyond.

8.

There was a difference in height between the veranda and the surrounding ground, which was not discernible. This difference in height caused complainant to lose her balance. In the process, complainant turned both ankles and fell to

the ground.

9.

As a result of this fall, plaintiff was severely injured, breaking both ankles.

10.

Plaintiff was taken to the Emergency Room at Thibodaux Regional Medical Center by ambulance. Splints were placed on both legs and she was released from the hospital.

11.

Upon returning to her California home, complainant sought treatment at Upland Orthopedic Clinic in Ontario, California. The diagnosis from Thibodaux Regional Medical Center was confirmed, and casts up to her knees were put on complainant's legs.

12.

Plaintiff has suffered and continues to suffer excruciating physical pain.

13.

Plaintiff also suffered and continues to suffer mental pain and anguish over the trauma of this incident and her injuries.

14.

Defendant, Oak Alley Plantation, L.L.C., was negligent in the following, non-exclusive manners:

    a)    Failure to maintain its property in a safe condition;

    b)    Failure to ensure that its property was safe and free from defects;

    c)    Failure to remedy a known defective and unsafe condition of its

       property;

d)    Failure to provide adequate warning of the dangerous and unsafe condition of its property; and,

e)    Any and all other acts of negligence which may be shown at the trial of this matter.

15.

Defendant is also strictly liable for the defective and/or ruinous condition of its property located at 3645 LA Hwy 18 in Vacherie, Louisiana, pursuant to Louisiana Civil Code Articles 2317 and 2322.

16.

Catlin Specialty Insurance Co. issued and did provide insurance coverage on the property owned by Oak Alley Plantation, L.L.C. at all times pertinent hereto.

17.

As a result of the foregoing, the defendants are jointly, severally, and solidarily, liable unto complainant for the following:

a)    past, present and future physical pain and suffering;

b)    past, present and future mental anguish and suffering;

c)    past and future medical expenses;

d)    loss of enjoyment of life; and,

e)    any and all other damages which may be shown at trial of this matter.

18.

Complainant seeks a trial by jury.

**WHEREFORE**, all premises considered, complainant, Darla Dhillon,

demand judgment of and from defendants, Oak Alley Plantation, L.L.C. and Catlin Specialty Insurance Co., in an amount reasonable under the circumstances, with all costs of court, expenses, interest and attorneys' fees as allowed by law and all general and equitable relief available.

Respectfully submitted,

STEPHENSON, CHAVARRI & LAMBERT, L.L.C.

*/s/ Maria I. O'Byrne Stephenson*

Maria I. O'Byrne Stephenson (#12448)
email: *miosjd@smclattorneys.com*
Kathleen D. Lambert (#19665)
email: *katlambert@smclattorneys.com*
400 Poydras Street, Suite 1650
New Orleans, LA 70130
Tel: (504) 523-6496
Fax: (504) 525-2846
Counsel for Darla Dhillon, complainant