UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARLA DHILLON | CIVIL ACTION |
| VERSUS | NO. 11-3064 |
| OAK ALLEY PLANTATION, LLC, ET AL | SECTION: L |

JUDGMENT

Considering the Court's Order & Reasons entered herein on November 19, 2012, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Oak Alley Foundation and Catlin Specialty Insurance Co., and against plaintiff, Darla Dhillon, dismissing said plaintiff's claims with prejudice and without costs.

New Orleans, Louisiana, this  20th  day of November, 2012.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**